UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT ZEMAN ) <br> and ) <br> JULIA ZEMAN ) <br>              Plaintiffs, ) <br>   v. ) <br> ) <br> ZIV WILLIAMS, M.D., ) <br> EMAD ESKANDAR, M.D., ) <br> INDIVIDUAL MEMBERS OF THE INSTITUTIONAL ) <br> REVIEW BOARD:MELISSA FRUMIN, M.D., HINA ) <br> ALAM, SARY F. ARANKI, M.D., RHONDA BENTLEY- ) <br> LEWIS, M.D., SUSAN BURNSIDE, RICHARD ) <br> D'AUGUSTA, ASHWIN DHARMADHIKARI, M.D., ) <br> DAVID A. JONES, M.D., DEBORAH ECKER, ROBERT ) <br> J. GLYNN, ELIZABETH L. HOHMANN, M.D., ) <br> THOMAS KOLOKOTRONES, KEITH A. MARCOTTE, ) <br> FRANCISCO MARTY, M.D., ELINOR A. MODY, M.D., ) <br> JOAN RILEY, ANDREW P. SELWYN, ARTHUR C. ) <br> WALTHAM, M.D., SJIRK WESTRA, M.D. and SEAN ) <br> R. WILSON, M.D., MEDTRONIC, INC, NEUROLOGIX, ) <br> INC., ) <br> and ) <br> MICHAEL KAPLITT, M.D., ) <br>              Defendants. ) | CIVIL ACTION NO. <br> 11-10204-MLW |

ORDER ESTABLISHING RESPONSE DATE

SOROKIN, M.J.

On July 26, 2011, Plaintiffs filed an Emergency Motion for Leave to Depose Non-Party Catherine Quioco (Docket #35) in advance of the Rule 26(f) conference. Chief Judge Wolf referred this motion to the undersigned on that day. Responses to this Motion are due by the close of business Friday July 29, 2011.

Date: July 26, 2011                                       /s/ Leo T. Sorokin
                                                                                  LEO T. SOROKIN
                                                                                   UNITED STATES MAGISTRATE JUDGE